<partyblock>

The People of the State of New York, Respondent,

against

Scott Jackson, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Erika M. Edwards, J.), rendered June 30, 2014, convicting him, upon his plea of guilty, of attempted tampering with physical evidence, and imposing sentence.

Per Curiam.

Judgment of conviction (Erika M. Edwards, J.), rendered June 30, 2014, affirmed.

Defendant argues that the accusatory instrument was jurisdictionally defective as to the attempted tampering with physical evidence charge (see Penal Law  110/215.40) to which he pleaded guilty. Significantly, however, the only relief defendant requests is dismissal of the entire accusatory instrument. Since it cannot be said that no penological purpose would be served by remanding the matter to Criminal Court for further proceedings on the remaining class A misdemeanor offense charged therein (see People v Allen, 39 NY2d 916, 918 [1976]), dismissal is not warranted and therefore we affirm on this basis.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur  

Decision Date: June 22, 2018

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>